Vincente R. MANISCALCO, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 294, 2016

Supreme Court of Delaware.

Submitted: June 23, 2016

Decided: July 7, 2016

DISMISSED.

Brahim WATERMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 484, 2015

Supreme Court of Delaware.

Submitted: May 11, 2016

Decided: July 8, 2016

AFFIRMED.